# APPENDIX

**Beetlestone, C.J.**

1. Rios Porras v. O'Neill, No. 25-6801, 2025 WL 3708900 (E.D. Pa. Dec. 22, 2025)

2. Jimenez-Sandoval v. Angelucci, No. 25-6289, Doc. No. 4 (E.D. Pa. Jan. 7, 2026)

3. Leal Esteira v. Rose, No. 26-0231, Doc. No. 7 (E.D. Pa. Jan. 21, 2026)

4. Karapetian v. Rose, No. 26-0328, Doc. No. 5 (E.D. Pa. Jan. 23, 2026)

**Diamond, J.**

5. Demirel v. Fed. Det. Ctr. Phila., No. 25-5488, 2025 WL 3218243 (E.D. Pa. Nov. 18, 2025)

6. Delgado Villegas v. Bondi, No. 25-6143 (E.D. Pa. Dec. 4, 2025)

7. Jaspe Hidalgo v. O'Neill, No. 25-6775 (E.D. Pa. Dec. 5, 2025)

8. Severino-Acosta v. Jamison, No. 25-7403, Doc. No. 5 (E.D. Pa. Jan. 5, 2026)

9. Torres Zapata v. Jamison, No. 26-0004, Doc. No. 5 (E.D. Pa. Jan. 8, 2026)

10. Drame v. Jamison, No. 26-0091, Doc. No. 6 (E.D. Pa. Jan. 12, 2026)

11. Osmani v. Jamison, No. 26-0057, Doc. No. 5 (E.D. Pa. Jan. 14, 2026)

12. Punia v. Rose, No. 26-0189, Doc. No. 4 (E.D. Pa. Jan. 27, 2026)

13. Caal-Caal v. Rose, No. 26-0556, Doc. No. 4 (E.D. Pa. Feb. 13, 2026)

**Sánchez, J.**

14. Ndiaye v. Jamison, No. 25-6007, 2025 WL 3229307 (E.D. Pa. Nov. 19, 2025)

15. Francois v. Noem, No. 25-7334, 2026 WL 27565 (E.D. Pa. Jan. 5, 2026)

16. Quinatoa Santin v. Rose, No. 26-0087, Doc. No. 8 (E.D. Pa. Jan. 12, 2026)

17. Dore v. Jamison, No. 26-0203, 2026 WL 116484 (E.D. Pa. Jan. 15, 2026)

18. Mantilla Marcano v. Jamison, No. 26-0239, 2026 WL 196504 (E.D. Pa. Jan. 26, 2026)

19. Suarez v. Rose, No. 26-0790, Doc. No. 10 (E.D. Pa. Feb. 11, 2026)

**Quiñones Alejandro, J.**

20. Kumar v. McShane, No. 25-6238, 2025 WL 3722005 (E.D. Pa. Dec. 23, 2025)

21. Ochoa v. Rose, No. 25-7021, 2025 WL 3725042 (E.D. Pa. Dec. 24, 2025)

22. Castillo Reyes v. Rose, No. 25-7138, Doc. No. 7 (E.D. Pa. Jan. 9, 2026)

23. Nasimov v. O'Neill, No. 25-7420, Doc. No. 6 (E.D. Pa. Jan. 13, 2026)

24. Ali v. Jamison, No. 26-0729, Doc. No. 3 (E.D. Pa. Feb. 6, 2026)

25. Urbina-Vergara v. Jamison, No. 26-0401, Doc. No. 8 (E.D. Pa. Feb. 10, 2026)

**Schmehl, J.**

26. Camara v. Jamison, No. 25-7326, Doc. Nos. 8, 10 (E.D. Pa. Dec. 31, 2025)

27. Benitez Crespo v. Jamison, No. 26-0093, Doc. No. 5 (E.D. Pa. Jan. 16, 2026)

28. Ponce Hernandez v. Jamison, No. 26-0160, Doc. No. 5 (E.D. Pa. Jan. 27, 2026)

29. Gutierrez Flores v. Fed. Det. Ctr. Phila., No. 26-0404, Doc. No. 8 (E.D. Pa. Jan. 30, 2026)

30. Ichina-Lagua v. McShane, No. 26-0640, Doc. No. 4 (E.D. Pa. Feb. 3, 2026)

31. Hernandez Victoriano v. Jamison, No. 26-0632, Doc. No. 6 (E.D. Pa. Feb. 5, 2026)

**McHugh, J.**

32. Toure v. Bondi, No. 25-7101, Doc. No. 6 (E.D. Pa. Dec. 19, 2025)

33. Iskakov v. Jamison, No. 25-7264, Doc. No. 8 (E.D. Pa. Dec. 29, 2025)

34. Plata Velasco v. Fed. Det. Ctr. Phila., No. 25-7419, Doc. No. 4 (E.D. Pa. Jan. 5, 2026)

35. Bakaev v. ONeill [sic], No. 26-0063, Doc. No. 5 (E.D. Pa. Jan. 7, 2026)

36. Jeireb v. Jamison, No. 26-0071, Doc. No. 4 (E.D. Pa. Jan. 8, 2026)

37. Mamatakhunov v. Rose, No. 26-0117, Doc. No. 5 (E.D. Pa. Jan. 12, 2026)

38. Ermatov v. Rose, No. 26-0297, Doc. No. 5 (E.D. Pa. Jan. 22, 2026)

39. Cajas-Duchimaza v. McShane, No. 26-0621, Doc. No. 6 (E.D. Pa. Feb. 3, 2026)

**Kearney, J.**

40. Dong v. Rose, No. 25-7182, Doc. No. 6 (E.D. Pa. Dec. 23, 2025)

41. Gutierrez-Garcia v. Jamison, No. 25-7343, Doc. No. 7 (E.D. Pa. Jan. 6, 2026)

42. Sepiashvili v. Rose, No. 26-0107, Doc. No. 7 (E.D. Pa. Jan. 13, 2026)

43. Kayas v. Jamison, No. 26-0547, Doc. No. 7 (E.D. Pa. Jan. 30, 2026)

44. Aman v. Jameson [sic], No. 26-0629, Doc. No. 7 (E.D. Pa. Feb. 5, 2026)

45. Siminario-Marcos v. Jamison, No. 26-0421, Doc. No. 13 (E.D. Pa. Feb. 6, 2026)

46. Gurievi v. Rose, No. 26-0629, Doc. No. 6 (E.D. Pa. Feb. 9, 2026)

**Pappert, J.**

47. Silva Ferreira v. McShane, No. 25-7335, Doc. No. 5 (E.D. Pa. Jan. 5, 2026)

48. Sanchez Sanchez v. Bondi, No. 25-7310, Doc. No. 7 (E.D. Pa. Jan. 7, 2026)

49. Jeireb v. Jamison, No. 26-0070, Doc. No. 4 (E.D. Pa. Jan. 8, 2026)

50. Can v. McShane, No. 26-0135, Doc. No. 5 (E.D. Pa. Jan. 14, 2026)

51. Tukhtamurodov v. Warden, Phila. Fed. Det. Ctr., No. 26-0315, Doc. No. 7 (E.D. Pa. Jan. 23, 2026)

52. Salokhov v. Rose, No. 26-0433, Doc. No. 4 (E.D. Pa. Feb. 2, 2026)

53. Khatidze v. Rose, No. 26-0503, Doc. No. 4 (E.D. Pa. Feb. 5, 2026)

54. Murodov v. Jamison, No. 26-0594, Doc. No. 6 (E.D. Pa. Feb. 13, 2026)

**Leeson, J.**

55. Restrepo v. Jamison, No. 25-6518, 2026 WL 141803 (E.D. Pa. Jan. 20, 2026)

56. Mirdjalilov v. Warden of Fed. Det. Ctr. Phila., No. 25-7068, 2026 WL 184249 (E.D. Pa. Jan. 23, 2026)

57. Ansorov v. O'Neill, No. 25-7313, Doc. No. 7 (E.D. Pa. Jan. 26, 2026)

58. Moreno Ramirez v. Jamison, No. 25-7346, 2026 WL 196474 (E.D. Pa. Jan. 26, 2026)

59. Bakhriev v. ONeill [*sic*], No. 26-0022, Doc. No. 6 (E.D. Pa. Jan. 27, 2026)

60. Marupov v. Rose, No. 26-0378, Doc. No. 6 (E.D. Pa. Jan. 30, 2026)

61. Smanov v. Rose, No. 26-0211, Doc. No. 9 (E.D. Pa. Feb. 2, 2026)

62. Pkhaladze v. Rose, No. 26-0509, Doc. No. 9 (E.D. Pa. Feb. 10, 2026)

63. Valasquez Huaraca v. Rose, No. 26-0436, Doc. No. 5 (E.D. Pa. Feb. 11, 2026)

**Kenney, J.**

64. Cantu-Cortes v. O'Neill, No. 25-6338, 2025 WL 3171639 (E.D. Pa. Nov. 13, 2025)

65. Vasquez Fuentes v. Jamison, No. 25-7127, Doc. No. 9 (E.D. Pa. Dec. 22, 2026)

66. Ousmane Bah v. Rose, No. 25-6992, Doc. No. 10 (E.D. Pa. Jan. 6, 2026)

67. de Oliveira-Farias v. McShane, No. 26-0160, Doc. No. 6 (E.D. Pa. Jan. 16, 2026)

68. Mbodj v. Warden of Fed. Det. Ctr. Phila., No. 26-0263, Doc. No. 6 (E.D. Pa. Jan. 23, 2026)

69. Vasquez-Rosario v. Noem, No. 25-7427, 2026 WL 196505 (E.D. Pa. Jan. 26, 2026)

70. Jacinto Salas v. Jamison, No. 26-0382, Doc. No. 7 (E.D. Pa. Jan. 27, 2026)

71. Chen v. Rose, No. 26-0501, Doc. No. 5 (E.D. Pa. Jan. 29, 2026)

72. Souza Goncalves v. Rose, No. 26-0533, Doc. No. 5 (E.D. Pa. Jan. 30, 2026)

**Wolson, J.**

73. Kashranov v. Jamison, No. 25-5555, 2025 WL 3188399 (E.D. Pa. Nov. 14, 2025)

74. Jabborov v. O'Neill, No. 25-7215, Doc. No. 5 (E.D. Pa. Dec. 23, 2025)

75. Saidov v. O'Neill, No. 25-7360, Doc. No. 5 (E.D. Pa. Dec. 31, 2025)

76. Feliz Polanco v. Jamison, No. 26-0122, Doc. No. 6 (E.D. Pa. Jan. 6, 2026)

77. Kubaneishvili v. Rose, No. 26-0219, Doc. No. 3 (E.D. Pa. Jan. 15, 2026)

78. da Silva Santos v. Rose, No. 26-0364, Doc. No. 6 (E.D. Pa. Jan. 22, 2026)

**Younge, J.**

79. Cruz-Castro v. Jamison, No. 25-7333, Doc. No. 8 (E.D. Pa. Jan. 7, 2026)

80. Manrique-Luque v. Jamison, No. 25-7332, Doc. No. 8 (E.D. Pa. Jan. 7, 2026)

81. Bueno Jesus v. Jamison, No. 26-256, Doc. No. 7 (E.D. Pa. Jan. 21, 2026)

82. Soto Gomes v. Rose, No. 26-0559, Doc. No. 6 (E.D. Pa. Feb. 3, 2026)

83. Tojibekov v. Jamison, No. 26-0467, Doc. No. 6 (E.D. Pa. Feb. 3, 2026)

84. Cruzco-Reyes v. Rose, No. 26-0586, Doc. No. 9 (E.D. Pa. Feb. 9, 2026)

85. Chandan v. Jameson [*sic*], No. 26-0732, Doc. No. 6 (E.D. Pa. Feb. 10, 2026)

**Marston, J.**

86. Rodrigues Pereira v. O'Neill, No. 25-6543, 2025 WL 3516665 (E.D. Pa. Dec. 8, 2025)

87. Gramajo de Leon v. Jamison, No. 25-7199, 2025 WL 3724604 (E.D. Pa. Dec. 23, 2025)

88. Hussain v. O'Neill, No. 26-0035, 2026 WL 66891 (E.D. Pa. Jan. 8, 2026)

89. Kourouma v. Jamison, No. 26-0182, 2026 WL 120208 (E.D. Pa. Jan. 15, 2026)

90. Vasquez Valasquez v. Jamison, No. 26-0250, Doc. No. 6 (E.D. Pa. Jan. 16, 2026)

91. Cabeza Cordero v. Rose, No. 26-0534, Doc. No. 5 (E.D. Pa. Jan. 29, 2026)

92. Leiva Pinto v. Jamison, No. 26-0646, Doc. No. 8 (E.D. Pa. Feb. 4, 2026)

93. Cuji Vimos v. Fed. Det. Ctr. Phila., No. 26-0780, Doc. No. 8 (E.D. Pa. Feb. 11, 2026)

**Gallagher, J.**

94. Buele Morocho v. Jamison, No. 25-5930, 2025 WL 3296300 (E.D. Pa. Nov. 26, 2025)

95. Wu v. Jamison, No. 25-6469 (E.D. Pa. Dec. 1, 2025)

96. Acosta-Cibrian v. Rose, No. 25-6650, Doc. No. 6 (E.D. Pa. Dec. 9, 2025)

97. Bah v. Jamison, No. 25-6991, Doc. No. 4 (E.D. Pa. Jan. 8, 2026)

98. Muev v. O'Neill, No. 25-7172, Doc. No. 4 (E.D. Pa. Jan. 13, 2026)

99. Gavrin v. Jamison, No. 26-0308, Doc. No. 5 (E.D. Pa. Jan. 27, 2026)

100. Moran Valle v. Wamsley, No. 25-7110, Doc. No. 7 (E.D. Pa. Jan. 27, 2026)

101. Vasquez Sanves v. Rose, No. 26-0504, Doc. No. 4 (E.D. Pa. Feb. 3, 2026)

102. Vasquez Diaz v. Rose, No. 26-0342, Doc. No. 7 (E.D. Pa. Feb. 10, 2026)

**Perez, J.**

103. Picon v. O'Neill, No. 25-6731, 2025 WL 3634212 (E.D. Pa. Dec. 15, 2025)

104. Khechikashvili v. Rose, No. 26-0109, Doc. No. 6 (E.D. Pa. Jan. 14, 2026)

105. Camara v. Phila. Fed. Det. Ctr., No. 26-0212, Doc. No. 6 (E.D. Pa. Jan. 15, 2026)

106. Narzikulov v. Rose, No. 26-0472, Doc. No. 5 (E.D. Pa. Jan. 30, 2026)

107. Talabadze v. Rose, No. 26-0360, Doc. No. 10 (E.D. Pa. Jan. 30, 2026)

**Hodge, J.**

108. Salinas Jaigua v. Jamison, No. 25-7115, 2025 WL 3757076 (E.D. Pa. Dec. 29, 2025)

109. Mardet v. Jamison, No. 25-7169, 2025 WL 3772152 (E.D. Pa. Dec. 31, 2025)

110. Kanaut v. Rose, No. 25-6869, 2026 WL 36690 (E.D. Pa. Jan. 6, 2026)

111. Cristancho Nava v. Jamison, No. 26-0151, 2026 WL 126152 (E.D. Pa. Jan. 16, 2026)

112. Salgado Campana v. Rose, No. 26-0199, 2026 WL 147433 (E.D. Pa. Jan. 20, 2026)

113. Kumar v. Jameson [*sic*], No. 26-470, 2026 WL 244309 (E.D. Pa. Jan. 29, 2026)

**Murphy, J.**

114. Diop v. Jamison, No. 25-6946, Doc. No. 7 (E.D. Pa. Jan. 5, 2026)

115. Beteta Ramirez v. Jamison, No. 25-7316, Doc. No. 7 (E.D. Pa. Jan. 7, 2026)

116. Sadykov v. Rose, No. 26-0086, Doc. No. 10 (E.D. Pa. Jan. 16, 2026)

117. Singh v. Rose, No. 26-0593, Doc. No. 6 (E.D. Pa. Feb. 9, 2026)

**Scott, J.**

118. N- v. McShane, No. 25-5494, Doc. No. 17 (E.D. Pa. Nov. 6, 2025)

119. Lopez Yepes v. Bondi, No. 26-0002, 2026 WL 130774 (E.D. Pa. Jan. 16, 2026)

120. Muzofirov v. Jamison, No. 25-7371, 2026 WL 126153 (E.D. Pa. Jan. 16, 2026)

121. Quispe Caytuiro v. Jamison, No. 25-7396, 2026 WL 130773 (E.D. Pa. Jan. 16, 2026)

122. Kapanadze v. Scott, No. 26-0260, Doc. No. 7 (E.D. Pa. Jan. 28, 2026)

123. Museridze v. Jamison, No. 26-0264, Doc. No. 8 (E.D. Pa. Jan. 29, 2026)

124. Seijas Aquino v. Jamison, No. 26-0386, Doc. No. 8 (E.D. Pa. Jan. 29, 2026)

125. Once Chillogallo v. Jamison, No. 26-0313, 2026 WL 295741 (E.D. Pa. Feb. 4, 2026)

126. Rodriguez-Bautista v. Warden, Phila. FDC, No. 25-7411, 2026 WL 308907 (E.D. Pa. Feb. 5, 2026)

127. Zirakashvili v. Jamison, No. 26-0629, Doc. No. 6 (E.D. Pa. Feb. 11, 2026)

**Costello, J.**

128. Vargas v. O'Neill, No. 25-7094, 2026 WL 105711 (E.D. Pa. Jan. 14, 2026)

129. Mendieta Chavez v. McShane, No. 25-6968, 2026 WL 120671 (E.D. Pa. Jan. 16, 2026)

130. Hernandez Nunez v. Rose, No. 26-0476, Doc. No. 11 (E.D. Pa. Feb. 5, 2026)

131. Panora-Chiriboga v. McShane, No. 26-0634, Doc. No. 8 (E.D. Pa. Feb. 5, 2026)

132. Butskhrikidze v. Jamison, No. 26-0730, Doc. No. 10 (E.D. Pa. Feb. 12, 2026)

133. Lopes de Andrade v. Rose, No. 26-0603, Doc. No. 10 (E.D. Pa. Feb. 12, 2026)

**Henry, J.**

134. Soumare v. Jamison, No. 25-6490, 2025 WL 3461542 (E.D. Pa. Dec. 2, 2025)

135. Juarez v. O'Neill, No. 25-6191, 2025 WL 3473363 (E.D. Pa. Dec. 3, 2025)

136. Emilcent v. O'Neill, No. 25-7015, 2025 WL 3709295 (E.D. Pa. Dec. 22, 2025)

137. Amriev v. Rose, No. 26-0085, 2026 WL 92285 (E.D. Pa. Jan. 13, 2026)

138. Tzi v. Jamison, No. 26-0099, 2026 WL 116486 (E.D. Pa. Jan. 15, 2026)

139. Chavez v. McShane, No. 25-6968, 2026 WL 120671 (E.D. Pa. Jan. 16, 2026)

140. Arijos Tapuy v. Jamison, No. 26-294, 2026 WL 210287 (E.D. Pa. Jan. 27, 2026)

141. Jamolzoda v. Rose, No. 26-0193, 2026 WL 243930 (E.D. Pa. Jan. 29, 2026)

142. Totladze v. Jamison, No. 26-0629, Doc. No. 4 (E.D. Pa. Feb. 6, 2026)

143. Garcia Zambrano v. Jamison, No. 26-0760, Doc. No. 6 (E.D. Pa. Feb. 10, 2026)

**Weilheimer, J.**

144. Espinal Rosa v. O'Neill, No. 25-6376, Doc. No. 13 (E.D. Pa. Nov. 25, 2025)

145. Cibrian Matute v. U.S. Dep't of Homeland Sec., No. 25-7093, Doc. No. 15 (E.D. Pa. Jan. 15, 2026)

146. de Moraes-Rocha v. Rose, No. 26-0133, Doc. No. 7 (E.D. Pa. Jan. 16, 2026)

147. Puentes Cara v. Bondi, No. 25-7406, Doc. No. 8 (E.D. Pa. Jan. 16, 2026)

148. Ramos Rodriguez v. Jamison, No. 26-0430, Doc. No. 5 (E.D. Pa. Jan. 28, 2026)

149. Xol Tzi v. Jamison, No. 26-0414, Doc. No. 6 (E.D. Pa. Jan. 28, 2026)

150. Andres Chica v. Noem, No. 26-0247, Doc. No. 5 (E.D. Pa. Jan. 29, 2026)

151. Kumar v. Rose, No. 26-0806, Doc. No. 5 (E.D. Pa. Feb. 12, 2026)

**Bartle, J.**

152. Anirudh v. McShane, No. 25-6458, 2025 WL 3527528 (E.D. Pa. Dec. 9, 2025)

153. Garcia-Zamora v. Jamison, No. 25-6656, 2025 WL 3642088 (E.D. Pa. Dec. 16, 2025)

154. Sharapov v. O'Neill, No. 26-0038, 2026 WL 146668 (E.D. Pa. Jan. 20, 2026)

155. Lara Nunez v. McShane, No. 26-0040, 2026 WL 184195 (E.D. Pa. Jan. 22, 2026)

156. Villa Delgado v. Warden of Fed. Det. Ctr. Phila., No. 26-0158, 2026 WL 242295 (E.D. Pa. Jan. 29, 2026)

157. Coelho Lopes v. Jamison, No. 26-0234, Doc. No. 11 (E.D. Pa. Feb. 11, 2026)

158. Sharma v. Exec. Off. For Immigr. Rev., No. 26-0641, Doc. No. 9 (E.D. Pa. Feb. 12, 2026)

**Padova, J.**

159. Hurtado v. Jamison, No. 25-6717, 2025 WL 3678432 (E.D. Pa. Dec. 18, 2025)

160. Narimanidze v. Jamison, No. 26-0369, Doc. No. 4 (E.D. Pa. Jan. 23, 2026)

161. Esteban-Suchite v. McShane, No. 26-0257, Doc. No. 8 (E.D. Pa. Jan. 26, 2026)

**Brody, J.**

162. Patel v. McShane, No. 25-5975, 2025 WL 3241212 (E.D. Pa. Nov. 20, 2025)

163. Flores Obando v. Bondi, No. 25-6474, 2025 WL 3452047 (E.D. Pa. Dec. 1, 2025)

164. Conde v. Jamison, No. 25-6551, 2025 WL 3499256 (E.D. Pa. Dec. 5, 2025)

165. Perez Suspes v. Rose, No. 25-6608, 2025 WL 3492820 (E.D. Pa. Dec. 5, 2025)

7

166. Lara Cordon v. Jamison, No. 25-6937, 2025 WL 3756948 (E.D. Pa. Dec. 29, 2025)

167. Diallo v. Bondi, No. 25-7421, 2026 WL 36534 (E.D. Pa. Jan. 6, 2026)

168. Khodjaev v. Rose, No. 26-0069, 2026 WL 78136 (E.D. Pa. Jan. 9, 2026)

169. Torres Martinez v. Jamison, No. 26-0003, Doc. No. 5 (E.D. Pa. Jan. 13, 2026)

170. Martinez Laguna v. Rose, No. 26-0312, 2026 WL 205960 (E.D. Pa. Jan. 27, 2026)

171. Rakhimov v. Jamison, No. 26-0190, 2026 WL 206309 (E.D. Pa. Jan. 27, 2026)

**Rufe, J.**

172. Centeno Ibarra v. Warden of Fed. Det. Ctr. Phila., 2025 WL 3294726 (E.D. Pa. Nov. 25, 2025)

173. Yilmaz v. Warden of Fed. Det. Ctr. Phila., No. 25-6572, 2025 WL 3459484 (E.D. Pa. Dec. 2, 2025)

174. Bhatia v. O'Neill, No. 25-6809, 2025 WL 3530075 (E.D. Pa. Dec. 9, 2025)

175. Djalilov v. O'Neill, No. 25-6986, 2025 WL 3689147 (E.D. Pa. Dec. 19, 2025)

176. Diallo v. Bondi, No. 25-7421, 2026 WL 36534 (E.D. Pa. Jan. 6, 2026)

177. Kobilov v. O'Neill, No. 26-0058, 2026 WL 73475 (E.D. Pa. Jan. 8, 2026)

178. Giyosov v. Jamison, No. 26-0298, 2026 WL 209839 (E.D. Pa. Jan. 27, 2026)

179. Montes Ramirez v. Bondi, No. 26-0522 (E.D. Pa. Feb. 6, 2026).

**Baylson, J.**

180. M-L-Z-v. Noem, 2025 WL 3470046 (E.D. Pa. Dec. 2, 2025)

**Savage, J.**

181. Diallo v. O'Neill, No. 25-6358, 2025 WL 3298003 (E.D. Pa. Nov. 26, 2025)

182. Valdavia Martinez v. Fed. Det. Ctr. Phila., No. 25-6568, Doc. No. 11 (E.D. Pa. Dec. 1, 2025)

183. Wu v. Jamison, No. 25-6469, Doc. No. 7 (E.D. Pa. Dec. 1, 2025)

184. Paz Andrade v. Andrade v. O'Neill, No. 25-7032, Doc. No. 5 (E.D. Pa. Dec. 18, 2025)

185. Palma Vasquez v. O'Neil [*sic*], No. 25-7198, Doc. No. 7 (E.D. Pa. Dec. 25, 2025)

186. Reyes Tapia v. Jamison, No. 25-7345, Doc. No. 6 (E.D. Pa. Dec. 30, 2025)

187. Cruz Dias v. Jamison, No. 26-0010, Doc. No. 5 (E.D. Pa. Jan. 7, 2026)

188. Gonzalez Ortiz v. McShane, No. 26-0301, Doc. No. 8 (E.D. Pa. Jan. 27, 2026)

**Slomsky, J.**

189. Nogueira-Mendes v. McShane, 2025 WL 3473364 (E.D. Pa. Dec. 3, 2025)

190. Marin Barrios v. O'Neill, No. 25-6379, Doc. No. 9 E.D. Pa. (Dec. 22, 2025)

191. Santana da Cruz v. O'Neill, No. 25-6286, Doc. No. 9 (E.D. Pa. Dec. 22, 2025)

192. Meza-Hernandez v. Jamison, No. 25-7260, Doc. No. 4 (E.D. Pa. Dec. 23, 2025)

193. Janan v. Jamison, No. 25-7356, Doc. No. 5 (E.D. Pa. Jan. 6, 2026)

194. Tangoudia v. McShane, No. 25-6787, Doc. No. 7 (E.D. Pa. Jan. 7, 2026)

195. Amonov v. O'Neill, No. 25-7211, Doc. No. 5 (E.D. Pa. Jan. 12, 2026)

196. Kulishov v. O'Neill, No. 25-7171, Doc. No. 5 (E.D. Pa. Jan. 14, 2026)

197. Khasanov v. O'Neill, No. 26-0055, Doc. No. 5 (E.D. Pa. Jan. 16, 2026)

198. Kumar v. Rose, No. 26-0155, Doc. No. 4 (E.D. Pa. Jan. 26, 2026)

199. Alvarez Navarro v. Phila. Fed. Det. Ctr., No. 26-0305, Doc. No. 6 (E.D. Pa. Jan. 30, 2026)

200. Espinal Torrez v. McShane, No. 26-0049, Doc. No. 5 (E.D. Pa. Feb. 9, 2026)

201. Kurtanidze v. Rose, No. 26-0493, Doc. No. 5 (E.D. Pa. Feb. 9, 2026)