**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SERGEI ALEKSEEV, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. No. 26-462 |
| | : | |
| WARDEN, PHILADELPHIA | : | |
| FEDERAL DETENTION CENTER, | : | |
| PHILADELPHIA, PA, *et al.*, | : | |
| Respondents. | : | |

**O R D E R**

**AND NOW**, this 13th day of February, 2026, upon consideration of Sergei Alekseev's Petition (Doc. No. 1), Petitioner's Motion for Temporary Restraining Order (Doc. No. 2), the Government's Answer (Doc. No. 6), and Petitioner's Response (Doc. No. 8), it is hereby **ORDERED** that the Petition (Doc. No. 1) is **GRANTED IN PART** as follows:

1. **Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2)**, and instead may be detained, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

2. All claims against Noem, Bondi, and the Executive Office for Immigration Review are **DISMISSED**.

3. <u>On or before</u> **February 20, 2026**, Respondents **shall provide** Petitioner with a **bond hearing before an Immigration Judge in accordance with 8 U.S.C. § 1226(a)**.

4. Should the IJ deny bond, Respondents **shall provide** Petitioner the opportunity to appeal to the Board of Immigration Appeals.

5. Petitioner's Motion for a Temporary Restraining Order (Doc. No. 2) is **DENIED**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.