**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SERGEI ALEKSEEV,** | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **Civ. No. 26-462** |
| | : | |
| **WARDEN, PHILADELPHIA** | : | |
| **FEDERAL DETENTION CENTER,** | : | |
| **PHILADELPHIA, PA,** *et al.*, | : | |
| **Respondents.** | : | |
| | : | |

**O R D E R**

**AND NOW**, this 17th day of March, 2026, it is hereby **ORDERED** that the Clerk of Court

**SHALL CLOSE** this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

**PAUL S. DIAMOND, J.**